# EXHIBIT A

US007112097B1

(12) **United States Patent** (10) **Patent No.:** **US 7,112,097 B1**

Lam (45) **Date of Patent:** **Sep. 26, 2006**

(54) **COMPACT ELECTRICAL POWER OUTLET SYSTEM**

(76) Inventor: **Khanh Lam**, 10513 E. Fieldcrest St., El Monte, CA (US) 91731

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/180,016**

(22) Filed: **Jul. 12, 2005**

(51) Int. Cl.
  *H01R 25/00* (2006.01)
  *H01R 27/02* (2006.01)
  *H01R 31/00* (2006.01)
  *H01R 33/92* (2006.01)
  *H01R 33/94* (2006.01)

(52) **U.S. Cl.** ...................................................... **439/654**

(58) **Field of Classification Search** ................ 439/654, 439/652, 651, 650, 638–639, 214, 490
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,597,437 | A | * | 8/1926 | De Reamer .............. 200/51.02 |
| 4,867,701 | A | | 9/1989 | Wiand |
| D409,980 | S | | 5/1999 | Byrne |
| D432,499 | S | | 10/2000 | Stekelenburg |
| D446,503 | S | | 8/2001 | Lee |
| D452,215 | S | | 12/2001 | Stekelenburg |
| D458,225 | S | | 6/2002 | Stekelenburg |
| D459,307 | S | | 6/2002 | Nieto |
| 6,399,910 | B1 | * | 6/2002 | Crawford et al. .......... 200/405 |
| D481,357 | S | | 10/2003 | Stekelenburg |
| D484,099 | S | | 12/2003 | Bettencourt |
| D490,777 | S | | 6/2004 | Yu |
| D493,426 | S | | 7/2004 | Strayer |
| 2003/0228803 | A1 | * | 12/2003 | Toering ..................... 439/652 |

OTHER PUBLICATIONS

4 pages of product description and information about power strips sold on www.tripplite.com, date printed Jun. 21, 2005.
1 web page owned by Kensington Technology Group, www. Kensington.Com, titled Smartsockets Table Top, Aug. 23, 2005.

* cited by examiner

*Primary Examiner*—Javaid H. Nasri
(74) *Attorney, Agent, or Firm*—Eric Karich

(57) **ABSTRACT**

A compact electrical power outlet system includes a base, multiple electrical receptacles adapted to receive an electrical plug, a power input for receiving electrical power, and an electrical system including a power switch. A movable cover mounted on a top surface of the base is adapted to cover the power switch. The electrical system is adapted to provide the electrical power received via the power input to each of the electrical receptacles when the power switch is in an on position.

**1 Claim, 3 Drawing Sheets**





*Fig. 1*

Case 3:14-cv-02991-SI   Document 1-1   Filed 06/27/14   Page 4 of 43



*Fig. 2*

Case 3:14-cv-02991-SI   Document 1-1   Filed 06/27/14   Page 5 of 43



*Fig. 3*

*Fig. 4*

US 7,112,097 B1

**1**

## COMPACT ELECTRICAL POWER OUTLET SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

Not Applicable

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to electrical power distribution devices, and more particularly to a compact electrical power outlet system.

2. Description of Related Art

In general, an electrical power distribution device (commonly called a "power strip") is an electrical device used to supply electrical power from a single electrical outlet (i.e., receptacle) to multiple electrical devices. Unlike common extension cords, power strips usually have on/off switches for controlling electrical power to several electrical receptacles. The electrical receptacles of power strips typically include ground terminals in addition to hot and neutral terminals. Many power strips also have power indicators and/or circuit breakers that can be reset after an overload.

Many modern devices receive electrical power via plug-in power supplies with bodies having integral electrical plugs. For example, portable devices such as cellular telephones, digital cameras, digital audio players, and personal digital assistants (PDAs) typically have batteries that are charged via such plug-in power supplies. Computer system devices such as modems, printers, external drives, and speaker systems often receive electrical power via such plug-in power supplies.

Most known power strips are rectangular in shape and have several electrical receptacles along one or more sides. In order to accommodate bodies of common plug-in power supplies with integral electrical plugs, the electrical receptacles are often spaced apart from one another. Generally speaking, power strips with several electrical receptacles spaced apart are long and large in size. It would be advantageous to have a power strip that is relatively compact and small in size yet provides several electrical receptacles each able to accommodate a body of a plug-in power supply with an integral electrical plug.

### SUMMARY OF THE INVENTION

A compact electrical power outlet system includes a base having opposed top and bottom surfaces and a side surface extending between the top and bottom surfaces. A plurality of electrical receptacles are mounted in the side surface of the base, and each of the electrical receptacles is adapted to receive an electrical plug. A power input is adapted for receiving electrical power. An electrical system includes a power switch mounted in the top surface of the base, wherein the electrical system is adapted to provide the electrical power received via the power input to each of the electrical receptacles when the power switch is in an on position. A movable cover is adapted to cover the power switch.

**2**

A primary objective of the present invention is to provide a compact electrical power outlet system having advantages not taught by the prior art.

Another objective is to provide a compact electrical power outlet system with a power switch mounted on a hold-down knob extending upwardly from a top surface.

Another objective is to provide a movable cover mounted on the top surface to prevent a power switch from being inadvertently turned on or off, and to provide a hold-down point for facilitating removal of the electrical plugs.

Another objective is to provide a cover that transmits at least some of the light emitted from the power switch.

A further objective is to provide a compact electrical power outlet system having a circular ground conductor, a circular neutral conductor, and a circular hot conductor.

Other features and advantages of the present invention will become apparent from the following more detailed description, taken in conjunction with the accompanying drawings, which illustrate, by way of example, the principles of the invention.

### BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawings illustrate the present invention. In such drawings:

FIG. **1** is a perspective view of one embodiment of a compact electrical power outlet system including a base and multiple electrical receptacles mounted in a side surface of the base;

FIG. **2** is a perspective view of the compact electrical power outlet system of FIG. **1** wherein a cover of the compact electrical power outlet system is in an open position and a power switch is accessible;

FIG. **3** is a top plan view of one embodiment of an electrical system of the compact electrical power outlet system of FIG. **1**; and

FIG. **4** is a side elevational view thereof.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** is a perspective view of one embodiment of a compact electrical power outlet system **10** including a base **12** and multiple electrical receptacles mounted in a side surface **18** of the base. The compact electrical power outlet system **10** of FIG. **1** is relatively small in size, yet advantageously provides several electrical receptacles each able to accommodate a body of a plug-in power supply with an integral electrical plug.

In the embodiment of FIG. **1**, the base **12** has a top surface **14** and an opposed bottom surface **16**, and the side surface **18** extends between the top surface **14** and the bottom surface **16**. The top surface **14** and the bottom surface **16** of the base **12** are substantially round in shape, and the side surface **18** is curved. The compact electrical power outlet system **10** includes 6 electrical receptacles mounted in the side surface **18**, **3** of which are visible in FIG. **1** and labeled **20**A–**20**C. Herein below, the 6 electrical receptacles of the compact electrical power outlet system **10** will be referred to collectively as the electrical receptacles **20**. Each of the electrical receptacles **20** is adapted to receive an electrical plug.

In the embodiment of FIG. **1**, the compact electrical power outlet system **10** also includes a power input **22** for receiving electrical power. In the present embodiment, the power input **22** is an electrical power cord. In alternative embodiments, the power input **22** could also be a plug for

US 7,112,097 B1

3

directly plugging into a wall socket (not shown), it could be wired directly into a wall, or otherwise attached to a power source. As is typical, one end of the power input 22 is connected to the base 12, and the other end of the power input 22 has an attached electrical plug.

In the embodiment of FIG. 1, the compact electrical power outlet system 10 also includes an electrical system having a power switch 24 mounted in the top surface 14 of the base 12. In FIG. 1 the power switch 24 is shown in an on position. In general, the electrical system is adapted to provide the electrical power received via the power input 22 to each of the electrical receptacles 20 when the power switch 24 is in the on position of FIG. 1.

In general, the compact electrical power outlet system 10 also includes a movable cover 26 adapted to cover the power switch 24. In the embodiment of FIG. 1, the cover 26 is attached to the base 12, preferably via a hinge 28 adjacent the power switch 24. Although preferably attached to the base 12, the cover 26 may not be attached to the base 12 in other embodiments. Further, other ways of attaching the cover 26 to the base 12 are possible and contemplated.

The cover 26 is preferably hemispherical in shape, and is preferably attached to the top surface 14 of the base 12, surrounded by the electrical receptacles 20, thereby being positioned to provide a hold-down point to assist in removing the plurality of electrical plugs from the compact electrical power outlet system 10. When the cover 26 is closed, a user may press down upon the cover 26 while pulling up on one of the electrical plugs, thereby holding the compact electrical power outlet system 10 in place and facilitating removal of the electrical plug.

In the embodiment of FIG. 1, the power switch 24 is adapted to emit light when electrical power is received via the power input 22, and the cover 26 is adapted to transmit at least a portion of the light produced by the power switch 24, such that the power switch 24 is easy to locate in the dark. The cover 26 may be, for example, transparent or translucent to the light produced by the power switch 24.

In FIG. 1 the cover 26 is in a closed position about the power switch 24, and the power switch 24 is not accessible. In the closed position of FIG. 1, the cover 26 prevents the power switch 24 from being inadvertently transitioned from the on position of FIG. 1 to an off position.

As described above, in the embodiment of FIG. 1 the top surface 14 and the bottom surface 16 of the base 12 are substantially round in shape, and the side surface 18 is curved. The bottom surface 16 has an area that is larger than an area of the top surface 14, and the side surface 18 substantially resembles a portion of a cone. The base 12 has a central axis 30 extending through the top surface 14 and the bottom surface 16, and the base 12 is substantially symmetrical about the central axis 30. Due mainly to the radial arrangement of the electrical receptacles 20 about the central axis 30, each of the electrical receptacles 20 is able to accommodate a body of a plug-in power supply with an integral electrical plug.

FIG. 2 is a perspective view of the compact electrical power outlet system 10 of FIG. 1 wherein the cover 26 is in an open position and the power switch 24 is accessible. The power switch 24 is operated by first transitioning the cover 26 from the closed position of FIG. 1 to the open position of FIG. 2 (i.e., by first opening the cover 26).

As shown in FIG. 2, the compact electrical power outlet system 10 preferably includes a hold-down knob 27A extending upwardly from the top surface 14 to form an annular knob shoulder 27B operably positioned above the plurality of electrical receptacles 20 (20A, 2B, 20C) so that

4

pressing downwardly on the annular knob shoulder 27B facilitates removal of the electrical plugs from the electrical receptacles 20. In use, the user can press down on the annular knob shoulder 27B while pulling up on one of the electrical plugs, thus holding the compact electrical power outlet system 10 in place.

The power switch 24 is preferably located on the hold-down knob 27A, surrounded by the annular knob shoulder 27B. The cover 26 can be moved to cover the power switch 24, and preferably the hold-down knob 27A as well, and thus the cover 26 can also provide a hold-down point as well.

FIG. 3 is a view of one embodiment of the electrical system, labeled 40, of the compact electrical power outlet system 10 of FIG. 1 as seen from above the compact electrical power outlet system 10. As described above, the electrical system 40 is adapted to provide the electrical power received via the power input 22 to each of the electrical receptacles 20 when the power switch 24 is in the on position. In the embodiment of FIG. 3, the electrical system 40 includes a circular ground conductor 42, a circular neutral conductor 44, a circular hot conductor 46, and a circuit board 48.

All 6 electrical receptacles of the compact electrical power outlet system 10 are visible in FIG. 3 and labeled 20A–20F. As indicated in FIG. 3, the circular ground conductor 42 is connected between the circuit board 48 and a ground terminal of each of the electrical receptacles 20. The circular neutral conductor 44 is connected between the circuit board 48 and a neutral terminal of each of the electrical receptacles 20, and the circular hot conductor 46 is connected between the circuit board 48 and a hot terminal of each of the electrical receptacles 20. The circuit board 48 has trace conductors (i.e., traces) connected to the power input 22 and to the power switch 24. When the power switch 24 is in the on position, the circuit board 48 provides the electrical power received via the power input 22 to the circular conductors 42, 44, and 46, and the circular conductors 42, 44, and 46 provide the electrical power to the electrical receptacles 20.

FIG. 4 is a view of the electrical system 40 of FIG. 3 as seen from a side of the compact electrical power outlet system 10. In FIG. 4, as in FIG. 1, only electrical receptacles 20A–20C of the 6 electrical receptacles 20 are visible. As shown in FIG. 4, the circular ground conductor 42, the circular neutral conductor 44, and the circular hot conductor 46 are positioned in a stacked arrangement within the base 12 of the compact electrical power outlet system 10 (see FIG. 1).

While the invention has been described with reference to at least one preferred embodiment, it is to be clearly understood by those skilled in the art that the invention is not limited thereto. Rather, the scope of the invention is to be interpreted only in conjunction with the appended claims.

What is claimed is:

1. A compact electrical power outlet system adapted to receive a plurality of electrical plugs, the compact electrical power outlet system comprising:

a base having opposed top and bottom surfaces and a side surface extending between the top and bottom surfaces, wherein the top surface and the side surface substantially resembles a portion of a cone;

a plurality of electrical receptacles mounted in the side surface of the base, wherein each of the electrical receptacles is adapted to receive one of the plurality of electrical plugs;

a power input for receiving electrical power;

US 7,112,097 B1

**5**

an electrical system comprising a power switch mounted on the top surface of the base, wherein the electrical system is adapted to provide the electrical power received via the power input to each of the electrical receptacles, via a circular ground conductor, a circular neutral conductor, a circular hot conductor, when the power switch is in an on position;

wherein the power switch is located on a hold-down knob surrounded by an annular knob shoulder and wherein

**6**

the power switch is adapted to emit light when electrical power is received via the power input; and

a movable cover adapted to cover the power switch, wherein the cover is hingedly attached to the base, and wherein the cover is adapted to transmit at least a portion of the light produced by the power switch.

\* \* \* \* \*

# EXHIBIT B

# ASSIGNMENT

**WHEREAS, I, Khanh Lam** (hereinafter referred to as "ASSIGNOR"), am the inventor of United States Letters Patent No. **D653,215** issued on January 31, 2012 for the invention entitled "**Surge Protector with USB Charging Port**,"

**WHEREAS, Kreative Power, LLC**, a company organized and existing under the laws of the State of California, having its principal place of business at 3333 N. San Gabriel Blvd., Suite D, Rosemead, CA 91770 (hereinafter referred to as "ASSIGNEE"), is desirous of acquiring the entire right, title and interest in and to the invention and said Letters Patent;

**NOW THEREFORE**, for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, said ASSIGNOR, has sold, assigned and set over, and by these presents does hereby sell, assign and set over unto the said ASSIGNEE, its legal representatives, successors and assigns, its entire rights, title and interest in and to said Letters Patent, and the invention disclosed, described or claimed in said Letters Patent, together with all divisions, reissues, continuations and extensions thereof, and any and all rights of recovery for past infringement of said Letters Patent.

I also hereby sell and assign to said ASSIGNEE, its successors, assigns and legal representatives the full and exclusive rights, title and interest to the invention disclosed in said Letters Patent and any applications throughout the world, including the right to file applications and obtain patents, utility models, industrial models and designs for said invention in its own name throughout the world including all rights of priority, all rights to publish cautionary notices reserving ownership of said invention and all rights to register said invention in appropriate registries; and

I further agree to execute any and all powers of attorney, applications, assignments, declarations, affidavits, and any other papers in connection therewith necessary to perfect such rights, title and interest in ASSIGNEE, its successors, assigns and legal representatives.

I hereby further agree that I will communicate to said ASSIGNEE, or its successors, assigns and legal representatives, any facts known to me respecting any improvements; and, at the expense of said ASSIGNEE, to testify in any legal proceedings, sign all lawful papers, execute all divisional, continuation, continuation-in-part, reissue and substitute applications, make all lawful oaths, and generally do everything possible to vest title in said ASSIGNEE and to aid said ASSIGNEE, its successors, assigns and legal representatives to obtain and enforce proper protection for said invention in all countries.

2014/5/8
_____
Date

_____
Assignor:   Khanh Lam

STATE OF   CALIFORNIA )
                                          ) ss.
COUNTY OF SANTA CLARA )

On this MAY day of ___8___, 2014, before me, ___CINDY K. VO___ a Notary Public in and for the State and County aforesaid, personally appeared ___KHANH LAM___, known by me to be the person of the above name who signed and sealed the foregoing instrument, and acknowledged the same to be his own free act and deed.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this MAY day of ___8___, 2014.

CINDY K. VO
COMM. # 2062259
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. MARCH 24, 2018

(seal)

_____   CINDY K. VO
Notary Public

# EXHIBIT C

US00D653215S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D653,215 S**

Lam      (45) **Date of Patent:**   **   **Jan. 31, 2012**

(54) **SURGE PROTECTOR WITH USB CHARGING PORT**

(76) Inventor: **Khanh Lam**, El Monte, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/390,054**

(22) Filed: **Apr. 19, 2011**

(51) **LOC (9) Cl.** .................................................. **13-03**

(52) **U.S. Cl.** .................................................. **D13/139.8**

(58) **Field of Classification Search** .............. D13/138.1,
D13/138.2, 139.1–139.8, 137.1–137.4, 133,
D13/107, 108, 110, 146, 147, 154, 174, 177,
D13/152, 160; D8/353, 350; 363/15, 34,
363/146; 439/93, 105, 106, 535, 620.15,
439/620.21, 620.3, 620.31, 907, 908, 919,
439/650, 651, 652, 653, 654, 655, 692; 174/494,
174/53, 55, 59, 66; 320/111, 114, 115; 307/150,
307/151

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D381,315 S | * | 7/1997 | Harold | D13/139.4 |
| D405,416 S | * | 2/1999 | Byrne | D13/139.4 |
| D408,355 S | * | 4/1999 | Welsh et al. | D13/139.4 |
| D409,980 S | * | 5/1999 | Byrne | D13/137.1 |
| D432,499 S | * | 10/2000 | Stekelenburg | D13/139.6 |
| D459,307 S | * | 6/2002 | Nieto | D13/139.8 |
| D469,405 S | * | 1/2003 | Nieto et al. | D13/139.6 |
| D481,009 S | * | 10/2003 | Stekelenburg | D13/137.4 |
| D481,357 S | * | 10/2003 | Stekelenburg | D13/139.8 |
| D482,326 S | * | 11/2003 | Stekelenburg | D13/137.4 |
| 7,112,097 B1 | * | 9/2006 | Lam | 439/654 |
| D640,199 S | * | 6/2011 | Wilson | D13/139.7 |
| 2009/0156061 A1 | * | 6/2009 | Bernstein | 439/652 |

* cited by examiner

*Primary Examiner* — Angela J Lee

(74) *Attorney, Agent, or Firm* — Eric Karich

(57) **CLAIM**

The ornamental design for a "surge protector with USB charging port," as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a surge protector with USB charging port, showing my new design;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a left side elevational view thereof
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken line showing of an electrical cord and internal components of a port are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*



*Fig. 5*



*Fig. 6*

*Fig. 7*

# EXHIBIT D

# ASSIGNMENT

**WHEREAS, I, <u>Khanh Lam</u>** (hereinafter referred to as "ASSIGNOR"), am the inventor of United States Letters Patent No. <u>7,112,097</u>, issued on <u>September 26, 2006</u> for the invention entitled "<u>**Compact Electrical Power Outlet System**</u>,"

**WHEREAS, <u>Kreative Power, LLC</u>**, a company organized and existing under the laws of the <u>State of California</u>, having its principal place of business at <u>3333 N. San Gabriel Blvd., Suite D, Rosemead, CA 91770</u> (hereinafter referred to as "ASSIGNEE"), is desirous of acquiring the entire right, title and interest in and to the invention and said Letters Patent;

**NOW THEREFORE**, for and in consideration of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, said ASSIGNOR, has sold, assigned and set over, and by these presents does hereby sell, assign and set over unto the said ASSIGNEE, its legal representatives, successors and assigns, its entire rights, title and interest in and to said Letters Patent, and the invention disclosed, described or claimed in said Letters Patent, together with all divisions, reissues, continuations and extensions thereof, and any and all rights of recovery for past infringement of said Letters Patent.

I also hereby sell and assign to said ASSIGNEE, its successors, assigns and legal representatives the full and exclusive rights, title and interest to the invention disclosed in said Letters Patent and any applications throughout the world, including the right to file applications and obtain patents, utility models, industrial models and designs for said invention in its own name throughout the world including all rights of priority, all rights to publish cautionary notices reserving ownership of said invention and all rights to register said invention in appropriate registries; and

I further agree to execute any and all powers of attorney, applications, assignments, declarations, affidavits, and any other papers in connection therewith necessary to perfect such rights, title and interest in ASSIGNEE, its successors, assigns and legal representatives.

I hereby further agree that I will communicate to said ASSIGNEE, or its successors, assigns and legal representatives, any facts known to me respecting any improvements; and, at the expense of said ASSIGNEE, to testify in any legal proceedings, sign all lawful papers, execute all divisional, continuation, continuation-in-part, reissue and substitute applications, make all lawful oaths, and generally do everything possible to vest title in said ASSIGNEE and to aid said ASSIGNEE, its successors, assigns and legal representatives to obtain and enforce proper protection for said invention in all countries.

2014/5/8
_____
Date

_____
Assignor:      Khanh Lam

STATE OF _____CA_____ )
                      ) ss.
COUNTY OF _SANTA CLARA_ )

On this _MAY_ day of ___8___, 2014, before me, _CINDY K. VO_ a Notary Public in and for the State and County aforesaid, personally appeared _KHANH LAM_, known by me to be the person of the above name who signed and sealed the foregoing instrument, and acknowledged the same to be his own free act and deed.

**IN WITNESS WHEREOF**, I have hereunto set my hand and seal this _MAY_ day of ___8___, 2014.

(seal)

CINDY K. VO
COMM. # 2062259
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
MY COMM. EXP. MARCH 24, 2018

_____, CINDY K. VO
Notary Public

# EXHIBIT E

**Registration Number**

# VA 1-908-609

**Effective date of registration:**

June 4, 2014

## Title

**Title of Work:** Custom Packaging for POWRAMID Product

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** January 2, 2008       **Nation of 1st Publication:** United States

## Author

- **Author:** Kreative Power, LLC

   **Author Created:** sculpture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Kreative Power, LLC

3333 N. San Gabriel Blvd., Suite D, Rosemead, CA, 91770, United States

## Certification

**Name:** Bonnie J Wolf

**Date:** May 15, 2014

**Applicant's Tracking Number:** 3705

**Registration #:**   VA0001908609
**Service Request #:**   1-1436898501

INTELLECTUAL PROPERTY LAW GROUP LLP
Otto O. Lee
12 South First Street, Suite 1205
San Jose, CA 95113  United States

# EXHIBIT F



**The Fusion of Power and Creativity**

KREATIVE POWER

HOME    ABOUT    PRESS    PRODUCTS    BUY    CONTACT



PRODUCTS

**POWRAMID®
FEATURES**

**NEW**
P-SERIES
  P108x8x2
  P108x5x8

E-SERIES
  E-900H
  E-900S

TECHNICAL
SPECIFICATIONS

PHOTO
GALLERY



Ergonomic Hold-Down Knob
Bouton Ergonomique à Enclenchement
Perilla de Asimiento Abajo Ergonómica

Illuminated On/Off Switch
Interruptor Illuminado
Interrupteur Marche-arrêt Lumineux

Safety Switch Cover
Tapa de Interruptor de Seguridad
Couver-interrupter de Sécurité

Grounded Power Cord - 8ft./2.4m
Cable Conectado a Terre - 8ft./2.4m
Cordon mis à la Terre - 8ft./2.4m

Six Adapter Spaced
Outlets
Seiz Extensamete
Espaciado Contactos
Six Pries Bien Espacées

Low Profile AC Plug

Two USB Charging Ports
Dos Puertos de Carga USB
Deux Ports USB de Charge

X3 Technology Inside Fireproof MOV
Dentro de la tecnologia X3 Fireproof MOV
Technologie X3 intérieur Fireproof MOV

Anti-Slip Rubber Feet

Model Shown: **POWRAMID®** P108x8x2

Copyright © 2006 - 2014 Kreative Power, LLC. | Info@KreativePower.com



**The Fusion of Power and Creativity**

HOME    ABOUT    PRESS    PRODUCTS    BUY    CONTACT

PRODUCTS

POWRAMID®
FEATURES

**NEW**
P-SERIES
  P108x8x2
  P108x5x8

E-SERIES
  E-900H
  E-900S

TECHNICAL
SPECIFICATIONS

PHOTO
GALLERY



Model Shown: POWRAMID® E-900H

Copyright © 2006 - 2014 Kreative Power, LLC. | Info@KreativePower.com

**Try Prime**

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
**Department** ▾

Search    | Electronics ▾ | POWRAMID | **Go** |

Hello, Sign in
**Your Accoun**

Computers    Brands    Best Sellers    Laptops & Tablets    Desktops & Monitors    Hard Drives & Storage    Computer Acc

Find the **perfect gift** for Dad
› Shop now

The Electronics
Father's Day Gift Guide

Electronics  ›  Computers & Accessories  ›  Cables & Accessories  ›  Surge Protectors

**Sponsored Content**



0S311-C1

otector, Green

view

ng on orders over $35.

lled by Amazon. Gift-wrap

rder within **2 hrs 50 mins**
at checkout. Details

indicator light



Click to open expanded view

---

## Customers Who Viewed This Item Also Viewed

   

| Accell D080B-015K Powramid - 1080 Joules Surge Protector (6 Outlets, 2 USB 2.1A … | Accell D080B-013K Powramid -1080 Joules Surge Protector (6 Outlets) 4 foot Cord … | Accell D080B-014K Powramid -1080 Joules Surge Protector (6 Outlets, 2 USB 2.1A … | Accell D080B-012 Powramid - 1080 Surge Protector ( 4 foot Cord … |
|---|---|---|---|
| (44) | (20) | (44) | (20) |

---

## Product Details

**Shipping Weight:** 3 pounds (View shipping rates and policies)

**ASIN:** B002U2YSX6

**Average Customer Review:**          (1 customer review)

**Date first available at Amazon.com:** October 23, 2009

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

---

## Product Description

Ergonomic Hold-Down Knob for easy grip to the power switch. Easy to see Illuminated On/Off Switch. I protect the switch to accidentally being turned on or off. Surge protection green LED indicator, let's you

---

## What Other Items Do Customers Buy After Viewing This Item?

 Accell D080B-015K Powramid - 1080 Joules Surge Protector (6 Outlets, 2 USB 2.1A Charging P
(44)
$34.99

 Accell D080B-013K Powramid - 1080 Joules Surge Protector (6 Outlets) 4 foot Cord - Black
(20)
$20.23

 Accell D080B-014K Powramid -1080 Joules Surge Protector (6 Outlets, 2 USB 2.1A Charging Po
(44)
$30.99

 Accell D080B-012K Powramid - 1080 Joules Surge Protector (6 Outlets) 4 foot Cord - White
(20)
$20.57

› **Explore similar items**

---

## Customers viewing this page may be interested in these sponsored links (What's

- **Power Surge Protection**   -   Don't Let Your Equipment Get Fried! Protect Them With   www
**Surge** Suppressors

- **Serious Surge Protection**   -   MVC-MAXIVOLT Made in USA Since 1988 Panel Mount   www
**Protection** 12V - 4160V

- **High End Surge Protection**

   -   Mission Critical, Non-Fail Devices For Expensive Equipment   www
$179 - $529

See a problem with these advertisements? Let us know

## Product Ads from External Websites (What's this?)



**5' Cord Protector - Black**
**$19.00**
No Shipping Info
**Uline**



**10' Cord Protector - Black**
**$25.00**
No Shipping Info
**Uline**



**Tabletop Power Strip**
**$57.00**
No Shipping Info
**Uline**



**Monster PRO 95 PowerCenter wit Clean Power**
(1)
**$99.95**
**+ Free Shipping**
**zZounds Music**

See a problem with these advertisements? Let us know

## Customer Questions & Answers

See questions and answers

## Customer Reviews

(1)

3.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 0 |
| 4 star | | 0 |
| 3 star | | 1 |
| 2 star | | 0 |
| 1 star | | 0 |

Share your thoughts with other customers

Write a customer review

See the customer review

## Most Helpful Customer Reviews

0 of 1 people found the following review helpful

**It is functional**

By Paul Archer on October 5, 2013

**Verified Purchase**

I like it better than a standard surge protector as far a form which makes locating it easy. Otherwise it is average woud buy again.

Comment     Was this review helpful to you?     Yes     No

**See the customer review**

Write a customer review

**Custo**

Add
ima

**Search**

☑ Sea

---

**Feedback**

▶ If you have a question or problem, visit our **Help pages**.

▶ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign i

---

**Your Recently Viewed Items and Featured Recommendations**

Loading

**Get to Know Us**

Careers

Investor Relations

**Make Money with Us**

Sell on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Press Releases

Advertise Your Products

Shop with Points

Amazon and Our Planet

Independently Publish with Us

Credit Card Marketplace

Amazon in the Community

› See all

Amazon Currency Converter

Fire TV – Amazon's Media Player

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   Un

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

A
G
R

AmazonSupply
Business, Industrial
& Scientific Supplies

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

B
B
O

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

IM
M
&

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Te
M
fo

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Z
Si
C

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its a



The Fusion of Power and Creativity

HOME    ABOUT    PRESS    PRODUCTS    BUY    CONTACT

Buy

**Retail Partners**



www.amazon.com



Fry's Retail Stores



www.smarthome.com



www.electriduct.com

**Authorized Distributors**



Accell
3400 Gateway Blvd.
Fremont, California 94538
Tel: 1-510-438-9288
Toll Free: 1-877-353-0772
Fax: 1-510-252-1178
sales@accellcables.com

**Wholesalers**



Reznitech International, Inc.
1.800.558.8629.



Electriduct, Inc
6250 NW 27th Way
Ft. Lauderdale, FL 33309
1-866-673-9590

**Check back often for additional retailer partnership annocements!**

Hello Guest!  |  **My Account**



Select Language
Powered by **Google** Translate

Search by keyword                                                                                  (0)

Cable Protectors
Raceways & Wire Duct
Braided Sleeving
Heat Shrink
Wire Loom
Power & Data Distribution
Networking
Cables & Connectors
Testers
Racks & Enclosures
Label Printers
Tapes, Glues, Sealants
Fire Protection
Desk Grommets & Organizers
Cable Ties & Clips
Tools
Traffic Safety
Air Compressors
Pressure Washers
Industrial Floor Mats
Wheelchair Lifts & Carriers

**RECENTLY VIEWED ITEMS**

Powramid Surge Protector

Clear this list

**NEWSLETTER**

enter email   Subscribe

Home>Power & Data Distribution>Power Strips  >  Powramid Surge Protector

### Powramid Surge Protector

SCROLL TO PRICING

The POWRAMID Surge Protector by Kreative Power brings a unique and futuristic look to your power distribution needs. With 6 power outlets on tap around the conical design power strip, each electrical device can be plugged in without worry of blocking other outlets.

The POWRAMID power strip offers surge protection up to 900 Joules and a 15A re-settable circuit breaker to keep sensitive electronics safe from power spikes. This power switch is found on the top of the device and emits a blue/green or amber (3ft, 5ft or 8ft) light when turned on. A transparent plastic cover protects the power switch from falling objects and turning devices on or off unexpectedly.

Light weight and small design (5 inch diameter), this surge protector fits into small areas around the home and office as well as suitcases for the traveler who needs more than 2 outlets and extra protection for his electronics.



Powramid in green with green light

- 8ft cord model comes with amber rocker switch.
- 5ft cord model comes with blue/green rocker switch.
- 3ft cord model comes with blue/green rocker switch.

*UL Listed

Click the "**More Information**" tab for technical specifications

 After receiving your order **add a new product review here** and receive 10% Off on your next order!!

Price        More Information        Reviews        Related Products

| Part # | Description | Color Options | Price |
|---|---|---|---|
| PD-KP-3-WT | Powramid w/ 3ft Power Cord | White | $19.99 |
| PD-KP-5-GN | Powramid w/ 5ft Power Cord | Green | $22.99 |
| PD-KP-USB-5-BK | Powramid w/ 5ft Power Cord & USB | Black | $31.99 |
| PD-KP-USB-8-BK | Powramid w/ 8ft Power Cord & USB | Black | $36.99 |

Quantity   1    ADD TO CART

VERIFIED BY
GeoTrust
Electriduct, Inc.
CLICK 12.06.14 19:41 UTC

### Electriduct Inc
About Us
Contact Us
Download Catalog (PDF)
Request Price Quote
Request Freight Quote
Reseller Certificate
W-9 Form

### Policies
Domestic Shipping
International Shipping
Privacy Policy
Returns/Exchanges
Government/GSA Orders
Resellers & Distributors

### Information Hub
Purchase Orders
Product index
Category index
Definitions
Testimonials

### Your Account
Copy of Invoice
Track a Package
Request RMA #
View Shopping Cart

### Follow us
Facebook
Twitter
Blog
Newsletter



# FRYS.COM

[ GO ]

Check out our
Weekly Deals
Click Here

Frys» Electronic Components» Electrical - Power Strips & Extension Cords» #6309691

**Kreative Power White Powermid**



click image to see larger view

Frys.com #6309691    Manufacturer: KREATIVE
UPC #894283002109    Model #*******************
Detailed Description | Warranty Info

6 Outlet unique design power station

Price: **$19.99**

Add to Cart 🛒

**Shipping Info**
In stock, ships same Business Day
Not available for export.
While supplies last

**Store Pickup**
Not Available

Add to Wish List

Share this:

---

## Detailed Description
(Manufacturer # ******************* )

**SMARTHOME®**
Home Automation Superstore

Login | Create Account | Help

$0.00 (0 items)

Add **$175.00** for **FREE shipping**

Search

Email 800-762-7846

**Shop** **Savings Center** **New Products** **Learning Center** **Help** **Free Catalog** **Smarthome SELECT**

Up to 90% OFF  OPEN BOX BLOWOUT! ►

**Find Similar Products in:** Home  :  Speakers, A/V & Home Theater  :  A/V & Home Theater Accessories

A/V & Home Theater Accessories

**Features**
Plug-In

**Ease of Installation**
Beginner (Installs < 10 minutes)

**Brand**
Kreative Power

**Other Ways to Shop**
In Stock
On Sale

**Seasonal**
Holiday Gift Guide

**Shop By Room**
Office / Den

SMARTHOME
**Catalog**
**ORDER NOW!**

Space Saving Power Supply and
Quality Surge Protection



POWRAMID Surge Protector, 8 Foot Cord -
White
Click for larger image and other views

## POWRAMID Surge Protector, 8 Foot Cord - White

Item# 4403PW8
In Stock - Ships Today

★★★★★  16 customer ratings

**Price:** Normally $29.99
**Hot Deal $17.56**

Add to Wish List
Add to Compare

White: $17.56

Like  3  |  g+1  0

Qty: 1  **+ Add to Cart**

Free shipping on orders over $175 - See Details

### You May Also Like:

CTA Digital MI-R690 Surge...
**Sale $21.36**

Panamax SEP200 Whole-Home...
**Sale $174.95**

PRIME PB5031056 6-Outlet 2160J...
**Sale $16.59**

## Overview

- Widely spaced receptacles allow for six standard and non-traditional plugs
- Conical design offers a space saving, safe and stable base
- 15A resettable circuit breaker with LED surge protection indicator light
- Illuminated On/Off safety switch with protective cap
- Eight foot cord

## Essential Info

Traditional surge protectors and power strips are designed to allow multiple devices to plug in to a single power outlet. However, these products don't account for the size that many bulky power adapters take up, leaving many of the receptacles blocked and unusable. The alternative pyramid shape of the POWRAMID allows for these large power adapters to fit side by side taking up less space while providing a reliable and sturdy base. The On/Off safety switch light located on the top and the LED indicator light on the side are illuminated to make certain your products are on and protected. The On/Off safety switch is also protected by a clear plastic cover to ensure that your connected products are not accidentally powered off if something were to come in contact with the unit. Should your unit experience a surge and shut down, a resettable circuit breaker is located on the side. For convenience, an eight foot long power cord gives you plenty of room to run your POWRAMID to the nearest outlet.

**Hands-On Research**
The POWRAMID was very easy to use. Upon plugging the product in, the safety cap was removed and the switch was moved to the on position. Immediately, the power indicator light came on as well as the surge protection LED Indicator light. Each receptacle was tested individually with success. The product was then tested with each receptacle in use simultaneously with all powered items operating as normal.

## What's Included

- POWRAMID Surge Protector, 8 Foot Cord, White

## More Info

The POWRAMID is a non-traditional power strip or surge protector that can accommodate several regular or oversized plugs and AC adapters. Unlike a PowerSquid that can leave cords in every direction and receptacles laying on the ground, the POWRAMID has a conical, solid, space saving shape that keeps all of the receptacles together and off of ground. It comes with a protected On/Off safety switch, easy to see indicator lights and a simple to use 15A resettable circuit breaker.

## Specifications

| Specifications | |
| --- | --- |
| Manufacturer: | Kreative Power |
| Manufacturer Product No.: | E900H131-P2 |
| UPC: | 894283002079 |
| Dimensions: | 5 1/4" round x 3 1/2" tall |
| Cord Length: | 8' |
| Power Rating: | 125V, 15A, 60Hz, 1875w |
| Number Receptacles: | 6 |
| Transient Surge Capacity: | 900 Joules |

**Important notes:**
Defective exchanges for identical item within 30 days of purchase. After 30 days, please contact the manufacturer.
Manufacturer contact information: KREATIVE POWER, Tel: (626) 593-7885

## Images/Video



Powramid Features

## Reviews

**16 Ratings**

| | | |
| --- | --- | --- |
| 5 star: | ■■■■ | (13) |
| 4 star: | ■ | (3) |
| 3 star: | | (0) |
| 2 star: | | (0) |
| 1 star: | | (0) |

**Average Customer Rating**
★★★★★ (16 customer ratings)

Share your thoughts with other customers
[ Create your own Review ]

★★★★★ JAY -- Pompano Beach, FL  9/25/2010
Excellent product - very useful

★★★★★ MARILYN -- Ridgefield, CT  7/16/2009
I really like this product. It is a compact form of power strip. A couple of plugs needed some extra strength to insert correctly, but were not a problem. I'm very satisfied with it and recommend it.

★★★★★ JOHN W -- Chapel Hill, NC  10/30/2008
Used by a court reporter in conference rooms for all equipment. First device that can hancle all equipment and not be 1-2 feet long. 8 ft cord is an asset.

★★★★★ JUDY -- Ingleside, IL  7/3/2008
Very fast delivery and a great product.Takes up so little room and can get all of my stuff plugged in at one time.

View all Reviews / Add your Review

## Related Items



Power Supplies and Batteries

Steren 6 Outlet Plug-In Surge Protector, 370 Joules

TrickleStar 180SS-US-12CT 12 Outlet Advanced PowerStrip with Coax and Phone Surge Protection

Surge Ro-tector 6-90 Adjustable Power Strip

Bits Limited miniSquid Surge Protector with 2 USB Ports

360 Electrical Revolve Plus Surge Protector

# EXHIBIT G



**amazon** Try Prime

Your Amazon.com    Today's Deals    Gift Cards    Sell    Help

INTRODUCING
amazon fireTV  › Shop now

Shop by **Department** ▾    Search    Electronics ▾    USB desktop hub monoprice    **Go**    Hello. Sign in **Your Account** ▾    Try **Prime** ▾    🛒 **0** Cart ▾    Wish **List** ▾

**All Electronics**    Best Sellers    Electronics Accessories    Audio & Home Theater    Camera & Photo    Car Electronics & GPS    Cell Phones & Accessories

Electronics › Computers & Accessories › Networking Products › Hubs



Click to open expanded view

### Monoprice 6 Outlet Desktop Hub with Dual USB, 2.4A

by **Monoprice**

Be the first to review this item

List Price: ~~$40.06~~
Price: **$24.41** & **FREE Shipping**
You Save: **$15.65 (39%)**

**In Stock.**

Ships from and sold by **Monoprice.**

- Supports up to 15 amps/1875 watts of power at 125 VAC and has a circuit breaker for overload conditions
- Features a heavy-duty, 14 AWG, 68" long power cord
- Circular design allows access to AC outlets from all angles
- Features two USB charging ports with a total of 2.4A of charging power
- Features a large, lighted power button on top with a protective cover

**Share** ✉ 📘 🐦 📌



Qty: 1 ▾

**$24.41** + Free Shipping
**In Stock**. Sold by **Monoprice**

**Add to Cart**

or

Sign in to turn on 1-Click ordering.

Add to Wish List

**More buying choices**
Have one to sell?    Sell on Amazon

---

**Sponsored Products Related To This Item** (What's this?)                                                   Page 1 of 3

‹


UNITEK USB 3.0 Hub 4 Ports with 5V 4A Power Adapter Power Switch USB 3.0...
★★★★☆ (82)
$18.99 ✓Prime


Inateck PCI-E to USB 3.0 5-Port PCI Express Card and 15-Pin Power Connec...
★★★★½ (95)
$30.99 ✓Prime


iDsonix™ Bus Powered Ultra Mini 4 Port USB 2.0 Hub Maximum Compati...
$9.99


iDsonix™ Bus Powered Ultra Mini 4 Port USB 2.0 Hub Maximum Compati...
★★★★☆ (1)
$9.59 ✓Prime

›

---

**Customers viewing this page may be interested in these sponsored links** (What's this?)

- **2013 NEW USB 3.0 HUB** ⧉    - Latest **USB** 3.0 **Hub** & HDD Docking $29 & Free Shipping - Best Value    www.kdlinks.com/

- **Dual USB Hub** ⧉    - Low Price & Free Shipping Worldwide Order Online Easy and Safe,Buy Now!    www.dx.com/Latest-Gadgets

See a problem with these advertisements? Let us know

### Special Offers and Product Promotions

- **Get $10 Off:** Open the Amazon.com Store Card and get **$10.00** off instantly. See complete details and restrictions.

### Technical Details

**Model**: 110772

### Product Details

**Product Dimensions:** 10.9 x 7.4 x 3.8 inches ; 1.6 pounds

**Shipping Weight:** 1.6 pounds (View shipping rates and policies)

**ASIN:** B00IACEWM2

**Item model number:** 110772

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #30,636 in Electronics (See Top 100 in Electronics)

**Date first available at Amazon.com:** February 7, 2014

Would you like to give feedback on images or tell us about a lower price?

---

## Product Description

Get surge protection, all around access, and USB charging ports with this 6-port Desktop Hub from Monoprice!

This surge protector is designed for desktop or conference table use. The circular design allows access from all angles and allows the use of AC adapters in adjacent power outlets. Two USB charging ports on the side offer a total of up to 2.4A of charging power.

It features a large, lighted power button on top, with a protective cover, so you won't accidentally switch everything off. It supports up to 15 amps/1875 watts of power at 125 VAC and has a circuit breaker for overload conditions. It is equipped with a heavy-duty, 14 AWG, 68" long power cord.

*** 30-day easy returns. No restocking fee. Free lifetime technical support. 1 year warranty. ***

---

## Product Ads from External Websites (What's this?)

Sponsored Content    Page 1 of 5






**Titan Controls 702677 - Helios 8 - Grow Light Controller with Du...**
$229.93
+ $4.94 Est. shipping
☑ **1000Bulbs, Inc**

**Titan Controls 702672 - Helios 6 - Grow Light Controller with Re...**
$235.64
+ $4.94 Est. shipping
☑ **1000Bulbs, Inc**

**Dell USB 3.0 SuperSpeed Dual Video Docking Station**
$169.99
**+ Free Shipping**
☑ **Dell Consumer SO SP**

**Allan Copley Designs 3050504MO Sebring 48" Square Glass Top Dini...**
$1,484.10
**+ Free Shipping**
☑ **HomeClick**

See a problem with these advertisements? Let us know     Advertise here

---

## Customer Questions & Answers

See questions and answers

---

## Customer Reviews

**There are no customer reviews yet.**

| | | |
|---|---|---|
| 5 star | | Share your thoughts with other customers |
| 4 star | | |
| 3 star | | **Write a customer review** |
| 2 star | | |
| 1 star | | |



Best Quality Products at the Lowest Price - Always!

Account ▾   Shipping ▾   Quick Order ▾   Live Chat   Order Status   eGift Card


**0**
**Items**

**Products** ▾   Search by Keyword or Item #

▶ HOME > Home Theater > Surge Protector and Power Strip > Desktop Hubs





**6 Outlet Desktop Hub w/ Dual USB**
Product Number: **10772**

★★★★★ 6 reviews
Share this product: 🅵 🆃 📧 💠 💧

🅵 Like 0    G+1 2

QTY: 1

**$17.97**
Volume Pricing
Compare at $40.06
**You save $22.09 (55.14%)**

**Add to Cart**

**In Stock**
This item should ship **tomorrow**
(4/8/2014)
if ordered **within 23 hours 19 minutes**

Add to Wish List

**Description**   **Customer Reviews**   **Write a Review**

---

## Description                                                                                  return to top

**6 Outlet Desktop Hub w/ Dual USB**

Get surge protection, all around access, and USB charging ports with this 6-port Desktop Hub from Monoprice!

This surge protector is designed for desktop or conference table use. The circular design allows access from all angles and allows the use of AC adapters in adjacent power outlets. Two USB charging ports on the side offer a total of up to 2.4A of charging power.

It features a large, lighted power button on top, with a protective cover, so you won't accidentally switch everything off. It supports up to 15 amps/1875 watts of power at 125 VAC and has a circuit breaker for overload conditions. It is equipped with a heavy-duty, 14 AWG, 68" long power cord.

## Customer Reviews                                                                             return to top

**All Customer Reviews** - Click here to review for **6 Outlet Desktop Hub w/ Dual USB.**

**Average User Satisfaction Rate**

 😊 rated by 6 user(s)
...(95%)   Click here to review!

Sort By   Make a Selection ▾

Page 1 | Page 2 Next

Rating: ★★★★(8 out of 10)         **Reviewer:** TP from Surprise, AZ         3/13/2014 10:03:40 AM

💬 **Pros:** much more useful than a traditional power bar as you can plug transformers into every position

**Cons:** USB outlets too low power to charge my cell phone

very good as AC power bar

**Was this review helpful to you?**  😊 Yes   😐 No

🔒 Back to Top

Rating: ★★★★★(10 out of 10)        **Reviewer:** Mort from West Fargo, ND        3/5/2014 7:00:54 PM

**Noice**

📄**Pros:** Simple. Tidy.

**Cons:** none yet.

Nice and Tidy. Has USB ports that will charge a iPad ][. Mounts under my home office desk.

Was this review helpful to you?   😊 Yes   😐 No

🔒 Back to Top

| Rating: ⭐⭐⭐⭐⭐ (10 out of 10) | Reviewer: **TerryH** from Parker, CO | 3/4/2014 6:18:49 PM |
|---|---|---|

Nice power hub

📄**Pros:** Nice design. Holds dongle plugs without covering other outlets. 2 USB charging ports.

**Cons:** I'm not sure it has surge protection. Better check the specs if you need/want that feature.

See Pros and Cons. Good price as usual.

Was this review helpful to you?   😊 Yes   😐 No

🔒 Back to Top

| Rating: ⭐⭐⭐⭐⭐ (10 out of 10) | Reviewer: **TwoAkitas** from Wilmington, NC | 3/4/2014 8:18:27 AM |
|---|---|---|

Small but Mighty!

📄**Pros:** Round Shape
2 USB ports
Small

I purchased these for use in my RV. They don't take up a lot of room and the USB ports are nice for re-charging smart phones and readers. They have worked much better than power strips at doing there job in a much smaller space and are easily concealed. I would purchase again.

Was this review helpful to you?   😊 Yes   😐 No

🔒 Back to Top

| Rating: ⭐⭐⭐⭐⭐ (9 out of 10) | Reviewer: **glecko** from Chandler, AZ | 3/1/2014 5:43:26 AM |
|---|---|---|

Excellent device and design

📄**Pros:** Design allows for many wall-wart type plugs without crowding.
USB ports are awesome
Aesthetics not bad for a power strip type device
Can sit on a desktop without being ugly or out of place

**Cons:** More USB ports would be nice
Wire management is still a challenge, but not specific to this power solution

Took a chance and was pleasantly surprised. Great construction and the design allows for any type of plug to exist on the device drawing power without crowding. The USB ports work well and charge our iphone and android devices just fine. Sits on the desktop without looking like the standard ugly power strip.

Was this review helpful to you?   😊 Yes   😐 No

🔒 Back to Top

Page 1 | Page 2 Next

return to top

## Write a Review

The review you submit will be displayed on the customer review page after it has been verified. It will generally take one business day to verify your review.

Use of profanity is strictly prohibited and any profanity found on your review will be subject to be deleted. If you see any profanity in any other reviews, please report it to tech@monoprice.com.

Please wait to write your review until after you have had an opportunity to evaluate a fully functional unit. Questions regarding a product or issues with configurations should be directed to our online tech support chat.

If you believe you may have received a defective unit, remember that Monoprice backs everything we sell with a warranty. Please use our automated return service to request a replacement. Any other issues with your order not directly related to the product itself should be directed to our online customer support chat.

*Note: All or part of any product review including the Review Title, "Your Nickname", Rating, Pros/Cons, images and all other parts of the review itself may be used by Monoprice in future marketing campaigns or promotions in any media. Submission of a product review signifies consent that the information you submit may be used at Monoprice's discretion without any further notice or expectation of compensation. You are further representing that any submission is wholly an original creation by you and/or that any portion taken from third party sources have fully cleared for use.*

If you want to write a review, please login first by clicking **here**.

## MY ACCOUNT

My Account
Check Order Status
Track My Order
RMA Request
Guest Payment

## CUSTOMER SERVICE

New Account Registration
Product Support
Product Catalog
Drivers & Downloads
Contact Us

## BUSINESS CUSTOMERS

Create Quote
Retrieve Quote
PO Terms and Conditions
No Logo Item Information
International

## GET CONNECTED

Follow us on Twitter
Like us on Facebook
Watch us on YouTube
Instagram
Add us on Google+
Pin us on Pinterest
Read our blog

## LEGAL INFORMATION

Privacy Policy
Return Policy
Supplier Code of Conduct
Refer a Friend T&C

## CORPORATE

Company Information
Newsroom
Customer Testimonials

       



Copyright © 2001-2014 Monoprice, Inc. All rights reserved. 2.0
All trademarks are the sole property of their respective companies. All prices and specifications are subject to change without notice. Monoprice is not responsible for typographical errors. All typographical errors are subject to correction.



*Best Quality Products at the Lowest Price - Always!*

Account ▾   Shipping ▾   Quick Order ▾   Live Chat   Order Status   eGift Card

 **0** Items

**Products** ▾

Search by Keyword or Item #  🔍

▶ HOME > Home Theater > Surge Protector and Power Strip > Desktop Hubs



**6 Outlet Desktop Hub w/ Dual USB**

Product Number: **10772**

★★★★★ 7 reviews

Share this product: f  t  🔖  ▼

f **Like** 0   g+1 2

QTY: [ 1 ]   **$17.97**

Volume Pricing
Compare at $40.06
**You save $22.09 (55.14%)**

**Add to Cart**

**In Stock**
This item should ship **today** (6/12/2014)
if ordered **within 1 hour 48 minutes**

Add to Wish List

Description       Customer Reviews       Write a Review

## Description

return to top

**6 Outlet Desktop Hub w/ Dual USB**

Get surge protection, all around access, and USB charging ports with this 6-port Desktop Hub from Monoprice!

This surge protector is designed for desktop or conference table use. The circular design allows access from all angles and allows the use of AC adapters in adjacent power outlets. Two USB charging ports on the side offer a total of up to 2.4A of charging power.

It features a large, lighted power button on top, with a protective cover, so you won't accidentally switch everything off. It supports up to 15 amps/1875 watts of power at 125 VAC and has a circuit breaker for overload conditions. It is equipped with a heavy-duty, 14 AWG, 68" long power cord. It measure 5.1" (130mm) in diameter and is 3.3" (84mm) tall.

## Customer Reviews

return to top

All Customer Reviews - Click here to review for **6 Outlet Desktop Hub w/ Dual USB.**

**Average User Satisfaction Rate**

★★★★★    😊 rated by 7 user(s)
[...](95.71%)     Click here to review!

| | Sort By | Make a Selection ▾ |
|---|---|---|

Page 1 | Page 2 Next

Rating: ★★★★★(10 out of 10)      Reviewer: Jessie from Lakewood, CA      5/26/2014 9:07:51 PM

**Perfect for my setup**

📝**Pros:** Long cord, USB ports

**Cons:** None

My bedroom TV set-up is on my dresser, and there is no outlet behind it. This surge protector has a longer cord than most, making it easy to plug it in and then shove it under my dresser where all the other cords need to be plugged in.

**Was this review helpful to you?**  👍 Yes   👎 No

⬆ Back to Top

| Rating: ★★★★☆(8 out of 10) | Reviewer: TP from Surprise, AZ | 3/13/2014 10:03:40 AM |

**Pros:** much more useful than a traditional power bar as you can plug transformers into every position

**Cons:** USB outlets too low power to charge my cell phone

very good as AC power bar

Was this review helpful to you?   😊 Yes   ☹ No

🔼 Back to Top

| Rating: ★★★★★(10 out of 10) | Reviewer: Mort from West Fargo, ND | 3/5/2014 7:00:54 PM |

**Noice**

**Pros:** Simple. Tidy.

**Cons:** none yet.

Nice and Tidy. Has USB ports that will charge a iPad ][. Mounts under my home office desk.

Was this review helpful to you?   😊 Yes   ☹ No

🔼 Back to Top

| Rating: ★★★★★(10 out of 10) | Reviewer: TerryH from Parker, CO | 3/4/2014 6:18:49 PM |

**Nice power hub**

**Pros:** Nice design. Holds dongle plugs without covering other outlets. 2 USB charging ports.

**Cons:** I'm not sure it has surge protection. Better check the specs if you need/want that feature.

See Pros and Cons. Good price as usual.

Was this review helpful to you?   😊 Yes   ☹ No

🔼 Back to Top

| Rating: ★★★★★(10 out of 10) | Reviewer: TwoAkitas from Wilmington, NC | 3/4/2014 8:18:27 AM |

**Small but Mighty!**

**Pros:** Round Shape
2 USB ports
Small

I purchased these for use in my RV. They don't take up a lot of room and the USB ports are nice for re-charging smart phones and readers. They have worked much better than power strips at doing there job in a much smaller space and are easily concealed. I would purchase again.

Was this review helpful to you?   😊 Yes   ☹ No

🔼 Back to Top

Page 1 | Page 2 Next

return to top

## Write a Review

The review you submit will be displayed on the customer review page after it has been verified. It will generally take one business day to verify your review.

Use of profanity is strictly prohibited and any profanity found on your review will be subject to be deleted. If you see any profanity in any other reviews, please report it to tech@monoprice.com.

Please wait to write your review until after you have had an opportunity to evaluate a fully functional unit. Questions regarding a product or issues with configurations should bedirected to our online tech support chat.

If you believe you may have received a defective unit, remember that Monoprice backs everything we sell with a warranty. Please use our automated return service to request a replacement. Any other issues with your order not directly related to the product itself should be directed to our online customer support chat.

*Note: All or part of any product review including the Review Title, "Your Nickname", Rating, Pros/Cons, images and all other parts of the review itself may be used by Monoprice in future marketing campaigns or promotions in any media. Submission of a product review signifies consent that the information you submit may be used at Monoprice's discretion without any further notice or expectation of compensation. You are further representing that any submission is wholly an original creation by you and/or that any portion taken from third party sources have fully cleared for use.*

If you want to write a review, please login first by clicking **here**.

# EXHIBIT H




