OTTO O. LEE, CA Bar No. 173987
olee@iplg.com
KEVIN VIAU, CA Bar No. 275556
kviau@iplg.com
BONNIE J. WOLF, CA Bar No. 284872
bonniewolf@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Plaintiff and
Counter-Defendant KREATIVE POWER, LLC


John B. Sganga, Jr., Bar No. 116,211
john.sganga@knobbe.com
Brian C. Claassen, Bar No. 253,627
brian.claassen@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant and
Counterclaimant MONOPRICE, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KREATIVE POWER, LLC, <br><br> Plaintiff / Counter-Defendant, <br><br> v. <br><br> MONOPRICE, INC., <br><br> Defendant / Counter-Claimant. | Case No.: 14-cv-02991-SI <br><br> **STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO AMEND COMPLAINT AND TO MODIFY BRIEFING SCHEDULE** <br><br> AMENDED |

1  Pursuant to Civ. L. R. 7 and Fed. R. Civ. Proc. 83, Plaintiff KREATIVE POWER, LLC
2  ("Plaintiff") and Defendant/Counterclaimant MONOPRICE, INC. ("Defendant"), by and
3  through their respective counsel, stipulate and agree as follows:
4  WHEREAS, on December 2, 2014, Plaintiff filed a motion to amend its Complaint (the
5  "Motion to Amend") to remove from the Complaint one of the claims asserted by Plaintiff
6  therein (the "Unfair Competition Claim").
7  WHEREAS, counsel for Plaintiff and Defendant have engaged in a meet-and-confer to
8  try to reach a possible stipulation / request for dismissal of the Unfair Competition Claim and
9  Defendant's related counterclaim for declaratory relief, which would moot the Motion to Amend
10 and streamline both parties' pleadings.
11 Whereas, to afford more time for counsel and the parties to negotiate and memorialize the
12 terms of the possible stipulated joint dismissals, the parties desire to continue the hearing date on
13 the Motion to Amend and to modify the attendant briefing schedule, as set forth below.
14 THEREFORE, based upon the foregoing recitals, IT IS HEREBY STIPULATED AND
15 AGREED by and between the parties to this action acting through their respective counsel-of-
16 record listed below as follows:

1. The hearing on the Motion to Amend shall be continued from January 23, 27 [struck through, replaced by 27] 2015 to February 13, 2015;

2. The deadline for Defendant's opposition to the Motion to Amend shall be continued from December 16, 2014 to January 6, 2015; and

3. The deadline for Plaintiff's reply to Defendant's opposition papers shall be continued from December 23, 2014 to January 13, 2015.

IT IS SO STIPULATED AND AGREED.

*Pursuant to Civil Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from each signatory below as indicated by "/s/".*

*//*

Stip./Order to Continue Hearing Date & Modify Briefing Schedule                    14-CV-02991-SI

DATED:  December 11, 2014        INTELLECTUAL PROPERTY LAW GROUP LLP

/s/ Otto O. Lee
Otto O. Lee, Esq.
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
Attorneys for Plaintiff/Counter-Defendant
KREATIVE POWER, LLC

DATED:  December 11, 2014        KNOBBE, MARTENS, OLSON & BEAR, LLP

/s/ John B. Sganga
John B. Sganga, Esq.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Defendant/Counterclaimant
MONOPRICE, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 12, 2014        _____
The Honorable Susan Illston
Judge of the U.S. District Court

The case management conference is continued to 2/27/15, at 2:30 p.m.