1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KREATIVE POWER, LLC,

          Plaintiff,

    v.

MONOPRICE, INC.,

          Defendant.

Case No.  3:14-cv-02991-SI

**JUDGMENT**

     Defendant's motion for summary judgment was granted in its entirety.  Accordingly, judgment is entered in favor of defendant and against plaintiff.

     **IT IS SO ORDERED.**

Dated:  March 3, 2015

_____

SUSAN ILLSTON
United States District Judge