IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| KREATIVE POWER, LLC, a California limited liability company,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>MONOPRICE, INC., a California corporation,<br><br>　　　　Defendant and Counterclaimant. | Civil Action No. 3:14-02991-SI<br><br>Judge Susan Illston<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MONOPRICE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF MONOPRICE, INC.'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285 AND 17 U.S.C. § 505** |

*1*  The Court, having considered Defendant Monoprice Inc.'s ("Monoprice") *2* Administrative Motion to File Documents Under Seal, the papers submitted, and for good *3* cause having been shown.

*4*  **IT IS HEREBY ORDERED THAT:**

*5*  The following document may be filed under seal:

*6*  - Unredacted version of Exhibit 1 to the Declaration of Brian C. Claassen in *7* Support of Monoprice's Motion for Attorneys' Fees Pursuant to 35 U.S.C. *8* § 285 and 17 U.S.C. § 505.

*11* Dated: 8/27/15      By: *[signature]*
SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE UNDER SEAL                    CASE NO.: 3:14-cv-02991-SI
1

**CERTIFICATE OF CM/ECF SERVICE**

I hereby certify that on April 6, 2015, I caused the **[PROPOSED] ORDER GRANTING DEFENDANT MONOPRICE, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL IN SUPPORT OF MONOPRICE, INC.'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285 AND 17 U.S.C. § 505** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all attorneys of record.

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on April 6, 2015, at San Diego, California.

        */s/Brian C. Claassen*
        Brian C. Claassen

20217576/031715

20371557

040615